UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01255-TWP-MJD ) |
| JUAN SANTIAGO, MADISON SOLUTIONS, LLC, | ) ) ) |
| Defendants. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation that Defendant Juan Santiago be placed in default for his repeated failures to comply with Court's orders. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 3/13/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JUAN SANTIAGO
711 Concord Lane
Lakeland, FL 33809

Joseph Marc Kaufman
U.S. DEPARTMENT OF JUSTICE
joseph.m.kaufman@usdoj.gov

Curtis Clayton Paul
DOJ-Tax
curtis.paul@usdoj.gov